```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHLEEN MCGOVERN,

                        Plaintiff,                    18-CV-2010 (KHP)

        -against-                                     ORDER

THE INSTITUTE FOR FAMILY HEALTH, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the settlement reached by the parties in this matter, it is hereby **ORDERED** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, and the Court shall promptly reinstate the action to its active docket. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and close this case.

**SO ORDERED.**

Dated: New York, New York
      September 24, 2019

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge